UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS JR,

           Plaintiff,

  v.

KEVIN WALKER, et al.,

           Defendants.

Case No. C20-0632-TSZ-MAT

REPORT AND RECOMMENDATION

Plaintiff John Demos, a state prisoner, has filed an application to proceed *in forma pauperis* ("IFP") and a proposed civil-rights complaint. (Dkts. 1, 1-2.) Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). An Order of this Court provides for the return without filing of any petition that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). In addition, plaintiff may submit **only three IFP applications and proposed actions** each year. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions*

REPORT AND RECOMMENDATION - 1

*Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982). Furthermore, under 28 U.S.C. § 1915(g), plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had more than three prior actions dismissed as frivolous, malicious, or for failure to state claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999).

This year, plaintiff has already filed more than three IFP applications and proposed civil-rights actions in this District. *See, e.g.*, *Demos v. Kavanaugh*, No. C20-177-JLR (W.D. Wash.); *Demos v. McDonald*, C20-610-JLR (W.D. Wash.); *Demos v. Chief Judges*, No. C20-826-RSM (W.D. Wash.); *Demos v. Rice*, No. C20-824-RSM (W.D. Wash.). In addition, plaintiff improperly filed this action in the Western District of Washington as all three defendants work at the Washington State Penitentiary in Walla Walla, Washington, which is in the Eastern District of Washington. Accordingly, the Court recommends that plaintiff's IFP application (Dkt. 1) be DENIED and this action be DISMISSED without prejudice. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 14, 2020**.

Dated this 20th day of July, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2