1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS JR.,

   Plaintiff,

   v.

KEVIN WALKER, et al.,

   Defendants.

Case No. C20-0632-TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 2, to which no objection was filed, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis*, docket no. 1, is DENIED;

(3) This matter is DISMISSED without prejudice pursuant to standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982), and failure to file in the proper judicial district; and

ORDER OF DISMISSAL - 1

(4)   The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 25th day of August, 2020.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 2